CHARLES EWELS, as Executor, etc., of MARION I. CAVALSKY, Deceased, and Others, Respondents, and OLIVER K. KING, Plaintiff, v. NATIONAL SURETY COMPANY, Appellant.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

NORMAN FINKELSTEIN, Appellant, v. B. C. K. REALTY CORPORATION, Respondent. (Appeal No. 1) NORMAN FINKELSTEIN, Appellant, v. B. C. K. REALTY CORPORATION, Respondent. (Appeal No. 2.) — Order of April 29, 1931, order of February 9, 1932, resettling said order, and judgment of May 22, 1931, unanimously affirmed, without costs. The second amended complaint in substance and in legal effect is identical with the first amended complaint. The first amended complaint was held to be insufficient in law by an order made February 27, 1931, and entered March 12, 1931, from which no appeal was taken. Accordingly, the sufficiency of the second amended complaint is *res adjudicata* and the question may not be reviewed on an appeal from an order dismissing the second amended complaint. Nor may the question be urged on the appeal from the judgment since the notices of appeal from the judgment do not bring up for review the order of March 12, 1931. Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

GARRET FOURNIER, Respondent, v. ANGELO MAURO and Others, Appellants. — Order granting plaintiff's motion to compel defendants to accept notice of appeal affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

ALBRO C. FOWLER and ELIZABETH S. FOWLER, Respondents, v. WESTCHESTER HOUSING CORPORATION and PELHAM MANOR HOUSE CORPORATION, Appellants.— Order denying defendants' motion to strike out amended complaint affirmed, with fifty dollars costs and disbursements, with leave to defendants to serve an answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ABRAHAM FREUNDLICH and FLORENCE FELDMAN, Respondents, v. MAXWELL M. BOOXBAUM, Appellant.— Judgment reversed on the law and the facts, with costs, and the complaint dismissed, with costs, without prejudice to an action brought on a timely occasion. The record shows no issue of fact that should have been submitted to the jury. Under the contract between the parties no brokerage was payable until the payment of the second mortgage. The second mortgage has not been paid. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

CHARLES FURY, Appellant, v. WILLARD B. MAHLER and Others, Respondents.— Order denying plaintiff's motion for a certificate under section 1483 of the Civil Practice Act and to strike out defendants' bills of costs affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Tompkins and Davis, JJ., concur; Hagarty, J., dissents and votes to reverse the order and grant the motion.

MILLIE GITLIN, Respondent, v. DAVID STORCH, INC., Appellant.* — Judgment affirmed, with costs. No opinion. Young, Kapper and Tompkins, JJ., concur; Hagarty and Davis, JJ., dissent and vote for reversal and a dismissal of the complaint upon the ground that there was no proof of negligence of the defendant.

* Affd., 262 N. Y. —.